1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7  Attorneys for Defendant United States of America

8

9  UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11 KAREN MADISON, DEBORAH         )    1:11-cv-00375-AWI-MJS
   RUSCONI, LAURIE TAFOYA,        )
12                                )
                                  )
13         Plaintiffs,             )    **STIPULATION FOR ADDITIONAL**
                                  )    **TIME TO SUBMIT DISPOSITION**
   v.                             )    **DOCUMENTS; ORDER**
14                                )
   UNITED STATES OF AMERICA,      )
15 UNITED STATES DEPARTMENT OF    )
   AGRICULTURE,                   )
16                                )
           Defendant.             )
17 _____)

18      The parties request an additional 14 days to provide disposition papers to the Court

19 regarding the settlement of the case. On March 14, 2012, the parties notified the Court that a

20 settlement had been reached.  The Court ordered that a stipulation and proposed order of

21 dismissal shall be filed within 30 days.  All of the parties have agreed to a form of settlement and

22 are awaiting final approval from the principal of the workers compensation lien holder.  The

23 approval of the lien holder is expected to be received within 14 days.

24                                      Respectfully submitted,

25                                      THE LAW OFFICE OF RUSSELL D. COOK

26 Dated: April 13, 2012      By:       /s/ Russell D. Cook
                                        RUSSELL D. COOK
27                                      Attorneys for Plaintiffs, Karen Madison,
                                        Deborah Rusconi, Laurie Tafoya
28

STIPULATION FOR ADDITIONAL TIME
TO SUBMIT DISPOSITION DOCUMENTS;
ORDER                                           1

Dated: April 13, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States of America

ORDER

Counsel having filed a notice of settlement and having requested additional time to finalize the settlement agreement, a stipulation and proposed order of dismissal shall be filed within 14 days.

IT IS SO ORDERED.

Dated: April 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE