1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Defendant United States of America
7

8

9                  **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

| | | |
|---|---|---|
| 12 | KAREN MADISON, DEBORAH RUSCONI, LAURIE TAFOYA, | ) ) ) | 1:11-cv-00375-AWI-MJS |
| 13 | Plaintiffs, | ) ) | **STIPULATION FOR DISMISSAL; ORDER** |
| 14 | v. | ) ) | |
| 15 | UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF | ) ) | |
| 16 | AGRICULTURE, | ) ) | |
| 17 | Defendant. | ) ) | |

18
       Pursuant to the terms of written Settlement Agreements as well as the provisions of Rule
19
   41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective
20
   counsel, hereby stipulate that this action be dismissed with prejudice.
21
       IT IS SO STIPULATED.
22
                                        Respectfully submitted,
23
                                        THE LAW OFFICE OF RUSSELL D. COOK
24

25
   Dated: April 27, 2012         By:    /s/ Russell D. Cook
26                                      RUSSELL D. COOK
                                        Attorneys for Plaintiffs, Karen Madison,
27                                      Deborah Rusconi, Laurie Tafoya

28

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER          1

| | |
|---|---|
| Dated: April 27, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/Jeffrey J. Lodge<br>JEFFREY J. LODGE<br>Assistant U.S. Attorney<br>Attorneys for the United States of America |

ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   April 27, 2012                                    _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE