| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JEFFREY J. LODGE |
| | Assistant United States Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone:  (559) 497-4000 |
| 5 | Facsimile:  (559) 497-4099 |

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MADISON, DEBORAH RUSCONI, LAURIE TAFOYA, | 1:11-cv-00375-AWI-MJS |
| Plaintiffs, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

Pursuant to the terms of written Settlement Agreements as well as the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

THE LAW OFFICE OF RUSSELL D. COOK

Dated: April 27, 2012        By:   /s/ Russell D. Cook
                                   RUSSELL D. COOK
                                   Attorneys for Plaintiffs, Karen Madison,
                                   Deborah Rusconi, Laurie Tafoya

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER            1

1  Dated:  April 27, 2012                            BENJAMIN B. WAGNER
                                                     United States Attorney

                                             By:     /s/Jeffrey J. Lodge
                                                     JEFFREY J. LODGE
                                                     Assistant U.S. Attorney
                                                     Attorneys for the United States of America

ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:    April 27, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE