1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Defendant United States of America

8

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MADISON, DEBORAH RUSCONI, LAURIE TAFOYA,   Plaintiffs,   v.   UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE,   Defendant. | 1:11-cv-00375-AWI-MJS   **STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of written Settlement Agreements as well as the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.  The Plaintiffs, Karen Madison, Deborah Rusconi, and Laurie Tafoya, previously stipulated to dismissal with prejudice.  The purpose of this stipulation is to dismiss the remainder of the case relating to the lien claims of the County of Fresno with prejudice.

///
///
///
///
///

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER        1

IT IS SO STIPULATED.

Respectfully submitted,

PARKER, KERN, NARD & WENZEL

Dated: May 4, 2012     By:    /s/Richard J. Kern
RICHARD J. KERN
Attorneys for County of Fresno by an through its third party administrator, York Insurance Services Group, Inc.

Dated: May 4, 2012     BENJAMIN B. WAGNER
United States Attorney

By:    /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States of America

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action, in its entirety, is hereby DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this action. IT IS SO ORDERED.

Dated:   May 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE