BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MADISON, DEBORAH RUSCONI, LAURIE TAFOYA,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>         Defendant. | 1:11-cv-00375-AWI-MJS<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of written Settlement Agreements as well as the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice. The Plaintiffs, Karen Madison, Deborah Rusconi, and Laurie Tafoya, previously stipulated to dismissal with prejudice. The purpose of this stipulation is to dismiss the remainder of the case relating to the lien claims of the County of Fresno with prejudice.

///
///
///
///
///

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER            1

1 | IT IS SO STIPULATED.

2 | Respectfully submitted,

3 | PARKER, KERN, NARD & WENZEL

6 | Dated: May 4, 2012          By:     /s/Richard J. Kern
RICHARD J. KERN
Attorneys for County of Fresno by an through its third party administrator, York Insurance Services Group, Inc.

Dated: May 4, 2012          BENJAMIN B. WAGNER
United States Attorney

By:     /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States of America

### ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action, in its entirety, is hereby DISMISSED WITH PREJUDICE.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   May 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE